**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: TERMINATION OF PARENTAL RIGHTS TO Z.T.C., A MINOR | : No. 509 MAL 2022<br>:<br>:<br>: Petition for Allowance of Appeal |
| PETITION OF: W.C., MOTHER | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.